# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>SUN RYDER KADOSH,<br><br>Defendant | CASE NO. 1:13-CV-1133 AWI GSA<br><br>ORDER RECUSING ALL JUDGES IN THE EASTERN DISTRICT OF CALIFORNIA FROM THIS ACTION<br><br>ORDER GRANTING THE UNITED STATES OF AMERICA FORTY-FIVE ADDITIONAL DAYS IN WHICH TO SERVE THE COMPLAINT |

After reviewing the complaint in this action, the undersigned finds it necessary to recuse all Judges in the United States District Court for the Eastern District of California from this action. See 8 U.S.C. § 455; Liteky v. United States, 510 U.S. 540, 555 (1994).  When a District Judge for another District is selected to preside over this action, the Court will notify the parties and transfer the action accordingly.  The Court notes that pending before the Court is an Ex Parte Application for an Order Permitting Service by Publication of Summons and an Order Extending Time for Service by United States of America.  In light of the delay caused by this recusal, the Court grants the United States of America 45 (forty-five) additional days in which to serve the complaint.  The United States of America may address any further motions concerning service to the newly assigned District Judge.

IT IS SO ORDERED.

Dated:   November 15, 2013                    _____
                                              SENIOR  DISTRICT  JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28