UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>SUN RYDER KADOSH,<br><br>                    Defendant. | No.  CV-13-1133-EFS<br><br>**ORDER PERMITTING SERVICE BY PUBLICATION OF SUMMONS AND EXTENDING TIME FOR SERVICE** |

     Before the Court, without oral argument, is Plaintiff United States' Ex Parte Application for Order Permitting Service by Publication of Summons and Extending Time for Service, ECF No. 11. After reviewing the submitted material and applicable statutory and case law, the Court is fully informed.

     Plaintiff seeks permission to permit service of the summons upon Defendant Sun Ryder Kadosh by publication in Fresno, California, on four successive calendar weeks pursuant to Federal Rule of Civil Procedure 4(e) and California Government Code Section 6064. Based on the declaration of Janet Bain, the Court finds that Plaintiff has diligently sought to serve Defendant and finds that service by publication of summons in a local newspaper distributed in Fresno, California, for four successive calendar weeks is most reasonably calculated, under the circumstances, to appraise Defendant of the

ORDER PERMITTING SERVICE BY PUBLICATION OF SUMMONS AND EXTENDING TIME FOR SERVICE **-** 1

existence and pendency of the action.  Thus, the Court grants the Plaintiff's motion.  In additional, the Court finds good cause exists to extend the time limit for service pursuant to Federal Rule of Civil Procedure 4(m).

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Ex Parte Application for Order Permitting Service by Publication of Summons and Extending Time for Service, **ECF No. 11**, is **GRANTED**.

2. The Plaintiff may serve Defendant Sun Ryder Kadosh by publication of the summons not less than once a week for four consecutive weeks in a local newspaper distributed in Fresno, California.  The publication of summons shall be in the format of Exhibit B to the United States' Ex Parte Application.

3. Defendant Sun Ryder Kadosh shall appear or plead in this action **no later than twenty-one (21) days** after service by publication is complete.

4. The United States shall complete service of process upon Sun Ryder Kadosh **by no later than February 28, 2014**.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this   3rd   day of December 2013.

s/ Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge