UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>SUN RYDER KADOSH,<br><br>                    Defendant. | No.  CV-13-1133-EFS<br><br>**ORDER PERMITTING SERVICE BY PUBLICATION OF SUMMONS AND EXTENDING TIME FOR SERVICE** |

    Before the Court, without oral argument, is Plaintiff United States' Ex Parte Application for Order Permitting Service by Publication of Summons and Extending Time for Service, ECF No. 11. After reviewing the submitted material and applicable statutory and case law, the Court is fully informed.

    Plaintiff seeks permission to permit service of the summons upon Defendant Sun Ryder Kadosh by publication in Fresno, California, on four successive calendar weeks pursuant to Federal Rule of Civil Procedure 4(e) and California Government Code Section 6064. Based on the declaration of Janet Bain, the Court finds that Plaintiff has diligently sought to serve Defendant and finds that service by publication of summons in a local newspaper distributed in Fresno, California, for four successive calendar weeks is most reasonably calculated, under the circumstances, to appraise Defendant of the

1 existence and pendency of the action.  Thus, the Court grants the
2 Plaintiff's motion.  In additional, the Court finds good cause exists
3 to extend the time limit for service pursuant to Federal Rule of Civil
4 Procedure 4(m).

5    Accordingly, **IT IS HEREBY ORDERED**:

6    **1.**   Plaintiff's Ex Parte Application for Order Permitting
7          Service by Publication of Summons and Extending Time for
8          Service, **ECF No. 11**, is **GRANTED**.

9    **2.**   The Plaintiff may serve Defendant Sun Ryder Kadosh by
10         publication of the summons not less than once a week for
11         four consecutive weeks in a local newspaper distributed in
12         Fresno, California.  The publication of summons shall be in
13         the format of Exhibit B to the United States' Ex Parte
14         Application.

15   **3.**   Defendant Sun Ryder Kadosh shall appear or plead in this
16         action **no later than twenty-one (21) days** after service by
17         publication is complete.

18   **4.**   The United States shall complete service of process upon
19         Sun Ryder Kadosh **by no later than February 28, 2014**.

20   **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this
21 Order and provide copies to all counsel.

22   **DATED** this   3rd   day of December 2013.

23

                              s/ Edward F. Shea
24                            ─────────────────────────
                              EDWARD F. SHEA
25                   Senior United States District Judge

26